**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-6098

GEORGE JOHNSON,

Plaintiff - Appellant,

versus

DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-04-3151-WDQ)

Submitted:  April 28, 2005              Decided:  May 6, 2005

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

George Johnson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George Johnson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Johnson's motion for summary judgment and dismiss the appeal as frivolous for the reasons stated by the district court. <u>See Johnson v. Dep't of Public Safety and Corr. Servs.</u>, No. CA-04-3151-WDQ (D. Md. Oct. 6, 2004).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

---

[*] We note that this dismissal will count as a "strike" for purposes of future filings under 28 U.S.C. § 1915(g).